# Phoebe Phactoid



**Q**. Why are health care costs so high in Albany? **A**. It's quite simple — **Phoebe has a monopoly!**   Phoebe executives win; we lose.

**Q**. Joel Wernick says he has to have high rates and tax-free status so that the "haves" can pay for the "have-nots," is that correct? **A**. Not really — Phoebe's profits are greatly in excess of what is needed to operate.   But the real question is, is it Joel Wernick's place to correct social inequity?  Who gave him that authority?  Then there's the question of who are the have-nots?  The real "haves" are the Phoebe executives who are soaking the system by making mega-bucks off the backs of the "have-nots"- the sick and injured, and the nurses and employees in the trenches taking care of them.

**Q**. What can we do to correct this outrageous pillaging of our local economy? **A**. Call the Phoebe board members, call the County commissioners, and write letters to the newspapers.  <u>Raise holy hell, it's the right thing to do!</u>

**Q**.  Who are the Wernick cronies on the board? **A**. W. Harry Willson, Chairman 435-4038; Lamar H. Moree, MD, Vice Chairman 888-6235; Tommy Chambless 435-9515; Laurence Crimmins, MD; W. Carl Gordon, Jr., MD 883-4562; Wilhelmina Hall 883-2029; Willie Hampton 432-7832; James A. Hotz, MD 432-1536, Tom Law 432-7496; Joel Wernick 431-2042.

*Phoebe Putney*
*World-Class Corruption, Hometown Deception*

# Phoebe Phactoid

**Q.** Why is Phoebe Putney Hospital being attacked? Does the hospital really deserve the scrutiny or is it just a personal grudge match against the hospital?

**A.** The hospital is not being attacked – the administration is. The hospital and its staff stand for all that is good and honorable at Phoebe. But the administration – Joel Wernick and his lieutenants – deserve scrutiny. They have twisted the institution into something that serves their needs, rather than the publics. Phoebe's net revenue has declined by $9 million from 2000 to 2002 yet during that same period, Phoebe's executives gave themselves raises of over $1,000,000. Then there's the dirty business of using Phoebe Health Ventures, Inc., a wholly owned for-profit subsidiary of Phoebe Health Systems, Inc. to fund political campaigns, such as $10,000 paid to The Georgia Alliance of Community Hospitals, Inc. political action committee in October 2002, a no-no according to IRS rules. How do we know? Because a tipster sent us documentation!

It's time to return the hospital to the hands of the people. What the hospital needs is a fresh administration with a revisiting of the mission — service to the community.



Wernick

Toward the faithful you are faithful; to the honest you are honest; toward the sincere, sincere; but to the perverse you are devious. Humble people you save; haughty eyes you bring low.
Psalms 18: 26,27,28

Mail tips to PhoebeFactoids@Minister.com

# Phoebe Factoid Talking Points
## *"We Report, You Decide"*

There's been a lot of talk about who is behind Phoebe Factoids. Well here's the deal. The factoids are the conscience of the community. We all know that Phoebe administration is out of control. That's no secret. But what is so outrageous is that nobody seems to know who should call their hand and what should be done. The truth is Phoebe is a great institution that has been hijacked. By enacting a series of board changes and creating new corporations, the administration has artfully fashioned a fiefdom where only one man calls the shots. He is beholden to none. In the middle ages, such men were called feudal lords; the people that worked the land were called vassals. During the early days of the American South, such men were planters, owners of huge plantations and the people that worked the land were called slaves, and then after emancipation, sharecroppers. During the industrial revolution, such men became capitalists and the workers were left high and dry, totally at the mercy of the ruthless money-grubbing factory owners. If not for the struggles of union organizers and other reformers down through the ages, our country would look radically different. Today we face yet another challenge — healthcare reform — right in our own backyard.

How could this happen? The current Phoebe Putney Health Systems Board of Directors provides no real oversight, they merely rubber stamp the administration's requests. Run the list of board members and you notice that most of the board members have been there for years. Instead of term limits, theses folks are there for life, as long as they do the administration's bidding. If they buck, then it's good-by, adios, see ya. The doctors on the board are essentially owned by Phoebe administration and might not be able to cut it without Phoebe's support; certainly they cannot have the cushy lifestyle they enjoy now without Phoebe's generosity. Does Phoebe's support come with strings attached? You decide. Factoids has it from a reliable source, although unconfirmed, that one board member actually works for the CEO at his personal residence. Do you think she's going to ask questions, much less suggest changes if her income is on the line? You decide. Harry Willson has been on the board for years and years. If nothing else, it's simply time for him to go. The hijacking has occurred under his watch, probably with his approval. Should he step aside and let a fresh point of view come aboard, or is he afraid something will be uncovered that might further embarrass him, or maybe even get him indicted? You decide. Tommy Chambless depends on Phoebe for a tidy sum each year in legal fees and reimbursed political expenditures. Is he likely to buck the system and risk all the political connections and dough? You decide.

Is it really a good idea to shake up the hospital now? Phoebe Factoids says yes. If not now, then when? Oh sure. Phoebe administrators point to all the money they give away each year and cry foul at any criticism coming their way. They give away millions of dollars each year to numerous charities, $3,382,400 in grants and gifts in 2002, to be exact. But that's less than 1% of the $348,365,761 Phoebe took in. That's right; your local rural hospital took in over a third of a BILLION bucks, tax-free. Phoebe is sitting on over $217 million in untaxed cash and investments, excluding property. The Phoebe surplus was reported at $28,310,914 in 2002 and Phoebe Administrators paid themselves $3,390,995 in salaries and perks, just slightly more than the amount given to all charities. A 501(c)(3) tax exempt organization must operate for a "charitable" purpose to maintain its tax-exempt status. Phoebe pays absolutely no taxes - no property tax, no income tax, and no sales tax on what it purchases. Should Phoebe's expansion to high priced Dawson Road and Meredyth Drive properties get the same tax-free status as was given to the original Third Avenue campus? Is Phoebe as generous as they'd like you to

believe? Are they doing their share to make Albany a better place? Could Dougherty County use $4 million more in property taxes? You decide.

Phoebe says all its business dealings are on the up-and-up, they have nothing to hide. Well, if that's true, then why are they doing business with the likes of former State Senator Charles Walker? Check out the article that appeared on the front page of the April 14, 2002 Atlanta Journal-Constitution (*Senate Leader's economic web: Walker's business, Augusta dealings blur public-private line* by Ken Foskett, staff writer), which mentions Albany specifically and outlines Walker's modus operandi. Do you think Phoebe Factoids is blowing smoke? Just ask Phoebe administration to explain why it did over $1 million dollars in business with Walker's company, Georgia Personnel Services, Inc. when these same unskilled employees could be hired directly for less. Ask for an explanation of why on Phoebe's 2001 tax form it states the services obtained through Walker's agency were for "nursing services," but Georgia Personnel Services had no nurses under contract. This is unskilled labor, which could, and should, have been obtained right here in Albany. According to Ken Foskett's explosive article on how Charles Walker does business, Phoebe may have been buying political favors. You decide.

Is it a good idea for a group of monopolistic hospitals to control a major insurance plan? If you have a problem with State Merit Insurance, check out the web site www.1stMN.com. Look at the board of directors of that organization – it's the "sleazy 16", Wernick and 15 other like minded hospital administrators. Is that a kosher business arrangement? You decide.

If that wasn't enough, then making illegal campaign contributions ought to cinch it up. How can a tax exempt organization make campaign contributions and not get caught? Very carefully. First you set-up a wholly owned "for-profit" subsidiary. Then you funnel thousands of tax free bucks from the non-profit to the for-profit, and write-off the funds as business expenses. But for the really big buckaroos, the kind of cash that would attract some unwanted attention, even for a for-profit subsidiary, say hundreds of thousands of dollars, what Phoebe does is shake-down anyone they've done business with - contractors, board members, lawyers, employees - and strongly urge them to make a contribution to Phoebe's candidate of choice, and then of course Phoebe administration reimburses the "donors" by overpaying for various services or paying bonuses to employees. In November 2001 Phoebe shook down everyone it did business with to the tune of over $197,000 for Governor Barnes. Phoebe Factoids has the list of contributors and can name names. Is this the way you want your "charitable" public hospital doing business? You decide.

So what should be done? Unfortunately, it's up to the folks. Americans are letting the French know how we feel about their duplicity, and the people of Albany have to let Phoebe Administration know how they feel as well. Write letters to the newspapers; write your congressmen, state senators, the Governor. Demand an investigation, complain to the health insurance companies, say no to Phoebe's high priced marketing consultant, use other healthcare options. When you use Phoebe, you're putting money in the administrator's already bulging pockets and adding to his war chest, money he uses to influence our state and local politicians. In America, the power resides in the people, but we must exercise that power for the powerful to respect us and in this case, we need to bring them to their knees. Margaret Mead once said "Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it's the only thing that ever has." Together, we will succeed.

Mail tips to PhoebeFactoids@Minister.com



# Phoebe Phactoid

**Q.** Is there really corruption at Phoebe? **A.** Well, only if you call it sleazy to pay yourself $707,000 a year while you cancel the nurses cost of living raise. Or what about the Cayman Islands money and the $33,000 dollars in travel expenses to Margaritaville. Then there's Joel Wernick's interest-free mortgage, or maybe the lavish trips, the illegal political contributions, split-life insurance payments to the top executives ... it's Enron, WorldCom, Global Crossing, ... hell yes, there's corporate corruption going on right under our noses. Let's demand an end to the thievery and rape of our community! Remove Joel Wernick!





# Phoebe Phactoids



In an editorial January 7, <u>Albany Herald</u> Editor Kay Read acknowledged a serious problem facing our State – the Medicaid program is $173 Million short of funds, and immediate action is required. Ms. Read's observations are correct, but unfortunately she fails to offer a solution.

In our opinion, the solution is obvious. Phoebe Putney Memorial Hospital, like many other Georgia public hospitals, has accumulated massive cash reserves due to years of excessive profits. The solution to Georgia's Medicaid budget problem is simple – reduce Medicaid payments to public hospitals with excess reserves and profits, and redirect these funds to other providers. Why should deserving programs suffer cuts, when our so called "not-for-profit" hospitals are sitting on MILLIONS of dollars in investment accounts – Phoebe alone reported almost $217 MILLION in the bank when it filed its 2002 Federal information return. ***Shocking indeed, when you consider that Phoebe alone has enough excess funds to solve the entire State of Georgia Medicaid crisis!***

Should Georgia continue to suffer budget cuts, while our public hospitals pay CEO's excessive amounts, like Joel Wernick's $707,125 annual compensation reported by Phoebe in 2002? We say <u>NO</u>.

Phoebe and similar tax-exempt hospitals across Georgia have, in our opinion, abused the system and abused the trust of the citizens of Georgia. The system must be changed - at the State level through budget reallocation, and at the local level through change of Board and Management leadership. Send your thoughts to your elected officials today!

Comments?  PhoebeFactoids@Minister.com

# Phoebe Factoids
# FAX NEWS ALERT

Phoebe Factoids has confirmed that Phoebe was forced to withdraw its application for a Certificate of Need for the proposed ophthalmology ambulatory surgery center on Meredyth Drive. In a similar Albany case, Phoebe's own attorneys recently issued a letter which complained that a proposed privately owned diagnostic center violated Georgia's Certificate of Need statute by announcing plans for the center and proceeding with development of the drawings without first getting approval from the state. This lack of due diligence may cost Phoebe millions of dollars and is another example of administrative incompetence. This happened despite Phoebe's army of lawyers which cost almost $2.1 million dollars in legal fees in 2002, **$734,812 to Langley & Lee law firm alone.** Now the hospital owns a $40 million coffee shop. Will Phoebe still spend millions to develop its huge new "industrial medicine" complex in East Albany, even though its Meredyth complex sits virtually empty? Wouldn't the money be better spent upgrading Phoebe's main campus? Why should a hospital touting world class medicine have double occupancy rooms which place patients at increased risk for infections and medication errors? Maybe that's why Phoebe gets so many **low quality ratings** by an independent rating agency. Check out www.healthgrades.com, and see for yourself. World Class Medicine at Phoebe? – *Sorry, just another Phoebe marketing myth.*

But back to the $40 million coffee shop, why is the hospital in the retail restaurant business anyway? Seems like Mr. Wernick should explain that and all of his business plans, including the Cayman Islands company, Grove Pointe Indemnity, SPC, which funded a lavish administrative "junket" to London, England (June 2003) for **Joel Wernick.** Phoebe board member **Tommy Chambless** and **State Senator George Hooks,** all on Phoebe's dime. Of course, companions were included on this trip, and it was deluxe in every respect. According to our tipster, the bar tab alone for one night exceeded the annual wages for some Phoebe employees. Just why were a State Senator and his spouse along for the ride? *Another example of how Phoebe sidesteps the law and doesn't let its tax-exempt status stop it from buying political influence.*

Is it true that our community hospital has the highest rates in the state Blue Cross system? Who does Phoebe serve - the patients and community or the executives? Sadly Phoebe has become a big green parasitic machine that generates big green booty for the top executives and saps the economic strength of our community. High hospital costs hurt us all. We may never know how many industries eliminated Albany from consideration due to the excessive hospital cost as compared to other communities. <u>It's time for a change. A new year is upon us, and our community deserves better from our hospital. Stop the corruption, let's settle for nothing less than an entirely new board, appointed by the people, serving for the people, not selected by the CEO, as a self-perpetuating gang of cronies.</u>

```
         For they speak not peace:
    but they devise deceitful matters
against them that are quiet in the land.
               Psalms 35, 20
```

# Phoebe Factoids
# FAX News Alert

**A Tale of Two Cities...** Ever heard of Erlanger Hospital in Chattanooga, TN? It's a large "non-profit" hospital under investigation by the Justice Department. Board members have been replaced, the CEO has resigned and the insurance company that covers the board members for "errors and omissions" has canceled their policy. What happened up there and how does it relate to Albany? What happened was that the public found out that the hospital executives & board were out of control. **One of the main reasons for the probe has been the diligence of the local newspaper, and that's what's lacking here in Albany.** Just recently, there was a big ad in the *Albany Journal* from Phoebe Putney congratulating the new owner of the Journal. The rumor around town is that Phoebe promised the Journal $60,000/year in advertising. *The Albany Herald* has a history of "looking the other way"- we hope we will not see the same from the Journal. What happens to our community when there is no avenue for dissent, there is no forum for discourse? Answer: Control, stagnation, no growth, monopolization, trouble. It's happening right here in "River City." Change is in the air, a new day is dawning on Albany. <u>The question is where are our leaders? We should demand better of them and of our local media than to mimic the position of the Phoebe Board.</u>

**Oops, I Did It Again...** A tipster informs us that in August 2003 Phoebe AGAIN gave $10,000 to the Ga. Alliance of Community Hospitals "political fund"- a contribution that is in direct violation of IRS rules. Phoebe made the payment thru Phoebe Health Ventures, Inc. You may remember that we earlier reported that Phoebe made a political contribution to the same organization in late 2002. Seems Mr. Wernick plans to make this an annual event...

**A New Career for Mr. Wernick?...** Rick Langley (a/k/a Phoebe's atty.) recently set up two new personal companies for Wernick - Hardscrabble Christmas Tree Farm, LLC and Hardscrabble Outdoor Outfitters, LLC. Perhaps this is to go along with his "Plantation" in Randolph County, now over 500 acres. Interestingly, he purchased a chunk of his farm from Charles Mendenhall, MD – local physician and – you guessed it - Phoebe Board member. A lot of work going on at the plantation – Oxford Construction Co. performing site work. Oxford is run by *-drum roll please-* Phoebe Board Member Bruce Melton. Wernick seems to have had another good year at our expense – he purchased another 150 Acres for his Plantation, as well as an expensive lot at Reynolds Plantation, the resort located in Greene Co. Georgia. We're surprised a CEO pulling over $707,000 in compensation (2002 Phoebe tax return) has time & energy for so many personal enterprises. A new career as "Farmer Wernick"? Nope – more likely tax shelters for a rich CEO.

**Media "To Do" List...** Will the Albany media lose all credibility by ignoring the problems the public is aware of at Phoebe? Where's the probe? How come the newspapers are looking the other way? What's the board doing about these and other improprieties, like doing business with **Charlie Walker**, paying millions for nursing temp. services when Mr. Walker's agency does <u>not</u> even contract for nurses? What about excessive executive salaries, over $3,000,000 in salaries. Excess charges, excess profits, the list goes on and on. Will a national news org. come to Albany, and break the story first?...***STAY TUNED!***

Phoebe board member



As for such as turn aside unto their crooked ways, the LORD shall lead them forth with the workers of iniquity: but peace shall be upon Israel. Psalms 125;5

# Phoebe Factoids
## News Alert — State has a $173 Million Budget Shortfall for Medicaid; Must Cut Services

In the Governor's State of the State Address, he expressed concern that Medicaid cannot be fully funded. That means those in the most need, poor children, will lose coverage. This was not unexpected. Budget cuts were known to be coming months ago. What did Phoebe administration do when it learned Medicaid cuts were looming? Screamed foul and organized a mail-in campaign for its employees trying to lobby lawmakers not to agree to the cuts. But what Phoebe didn't tell you is that it's sitting on almost $217 million in cash and securities and could not only sustain any cuts, but could actually fund the entire state shortfall. In fact, 34 of the hospitals that make up the Georgia Alliance of Community Hospitals, a lobbying organization, collectively control $2.6 **billion** in untaxed cash and securities, money that belongs to the people of Georgia. Why are Phoebe and the other hospitals holding so much of the public money and not putting it back into the State's health system? Greed and power. The more they have, the more they want. They say they need the funds to maintain AAA bond ratings. But the hospitals are county owned and any bonds they get are backed by the respective counties. And then there's the question of why do they need to borrow at all? They control a sum equal to 16% of the entire budget of the State of Georgia and they pay no taxes. Phoebe could fund its wasteful building projects without bonds. But the CEO's of these hospitals are paid on performance, and performance is measured by profits — cold hard cash. They're not encouraged to watch out for the public good, only to make money, and they use the money to preserve their goose that laid the golden egg. It's time to demand that these hospitals do the right thing. They should give back the money — say 25% of their holdings — to the state to fund health programs. After all, they made the money off the backs of the people, either through health insurance premiums or state funded programs, i.e. taxes, while the state's been generous to them by giving them a pass on taxes. The state could collect $600 million from the hospitals, fully fund the Medicaid program and Peach Care and still leave the hospitals with $2 billion in cash. Not to mention the over $6.4 billion in untaxed property assets. The public money the hospitals control is being effectively impounded, no longer are the funds serving the people, but rather, the money is working to inflate the net worth of CEO's and the bloated institutions that the CEO's control. That's the write-in message our lawmakers need to hear.



DETOX, ANYONE?

Surplus $$.
Use sparingly,
can cause
bloating and
confusion.

Phoebe

He coveteth greedily all the day long: but the righteous giveth and spareth not. The sacrifice of the wicked is abomination: how much more, when he bringeth it with a wicked mind? Proverbs 21:26,27






Season's Greetings



T'was the night before Christmas, and all across Phoebe
Joel Wernick was lurking, stealing quiet and creepy,
The microphones were hung by the lockers with care,
in hopes that the fixer soon would be there.
The patients were nestled all snug in their beds,
While visions of bankruptcy danced in their heads.
And Wernick alone, a fresh wiretap to christen,
Had settled his brain for a long Christmas listen.
When out on the lawn there arose such a clatter,
He sprang from the desk to see what was the matter.
Away to the window he flew like a flash,
Tore open the shutters and threw up the sash.
He narrowed his eyes to see what he can,
Low and behold, an FBI van.
Out of the truck, the inspectors they leaped
And whistled and hollered and pulled a bright yellow heap.
And then, in a twinkling, Wernick heard on the ceiling
The scratching and gnawing of wires, they were peeling.
As he drew in his head, and was turning around,
Into his office, agents came with a bound.
They were dressed all in black, and carried a warrant,
They tore through the hospital in a terrible torrent.
Around all doors, and windows they'd been
They strung roll after roll of neon crime scene ribbon.
From the walls all about, they pulled wires galore,

And up on the ceilings they found other spy lore.
From the phones they yanked bugs and nasty devices,
All the things Wernick used to make him so feisty.
And when they were done, Wernick felt so exposed,
He wanted to run, he knew he was hosed.
And then as he did the public perp walk,
He shuddered and shivered and began loudly to talk.
He begged doctors for mercy, but none did they offer
Instead all he heard was "let's raid the coffers."
He was dripping with sweat, in a puddle he was,
Shaking and tense, while with fear for because
His life was now over, his fiefdom he'd lost . . . .
But just then he awoke, his heart frozen as frost,
It had all been a nightmare, but the message was clear,
The ghost of Christmas revealed all that was dear.
He jumped out of his bed and promised to change
Never more to harass, only good wishes would rain.
He opened his doors, and shouted out loud,
He was no longer fixed on owning the town.
Yes it was true, the Grinch's mean green machine
Would never again gouge or become more than just lean.
The hospital transformed, he guaranteed a big difference
From the image of gluttony to one of benevolence.
And from that moment on, Phoebe Putney delighted,
Merry Christmas to all, and to all a good night.

# Phoebe Phactoid

**Q.** Phoebe is the largest employer in Albany with over 3,000 employees. How many of the top executives are African-American? **A.** None. Although about 60% of Albany is African-American and most area employers have African-Americans in prominent executive positions, Phoebe's administration makes no such effort. Furthermore, Phoebe has floors where all the nurses are white and others where all the nurses are African-American. This is done to be sure a certain clientele gets the care from the kind of people they prefer. Why is this allowed? Because the Phoebe administration is essentially the same kind of good ol' boy system that ran the state back in the 60's. Is it time for a change?



"So is this your first Joel Wernick rally?"

## Phoebe Putney
### World-Class Corruption, Hometown Deception

But it was thou, a man mine equal, my guide, and mine acquaintance. Psalm 55; 13



Have a Phoebe Factoid tip? E-mail us at PhoebeFactoids@Minister.com

# Phoebe Factoids
# FAX News Alert
## McGaw award raises the bar at Pheoebe Putney.

Foster Glendale McGaw was the founder and guiding force behind the American Hospital Supply Corporation, a multinational firm headquartered initially in Chicago. Early in the Depression, when McGaw's company was in its infancy and before he had made his fortune, Foster McGaw declared his intention to get rich and then give most of his money away. He proclaimed himself to be "only God's steward" in the managing of his own financial interests. In a typical statement of principle McGaw declared that "The more one has in talents or means or both, the more one owes to others... Sharing brings the greatest joy of all." These were not just pretty sentiments or fancy words; to McGaw they were the bedrock principles which had allowed him to be successful. Although the exact total is not known, he donated many millions of dollars to around three hundred educational, medical, religious, cultural, and social institutions. In winning the prestigious award named for the philanthropist, Phoebe has drawn much attention. Phoebe staff and administration deserve a pat on the back for winning the award. In accepting the award and posted on the American Hospital association web site (www.aha.org), Joel Wernick, CEO of Phoebe Putney Health Systems said, "We have made a commitment to upstream investment that breaks the cycle and removes barriers to health. The extent we're able to get upstream allows us to stretch scarce resources and mobilize those resources to improve the health and quality of life in Southwest Georgia." The press release goes on to say that "Phoebe's founding mission guarantees care to all, regardless of ability to pay. In 2002, the System provided $51.6 million in indigent care. Approximately one-third of the Dougherty County's population receives Medicaid, compared to a statewide average of 19 percent. Within the region's declining population, one of every three residents is under the age of 18, and nearly 50 percent of the region's children live in poverty. Half of the students do not finish high school in four years and 37 percent fail to graduate."

Phoebe Factoids wants to know how, since the Albany area is so impoverished and healthcare resources so slim, it is possible to justify paying over $700,000 to the CEO to manage a hospital in a poverty stricken area? How is it that 5 executives earn over $3 million in wages and perks? $51 million in indigent care is not charity. Bad debt and write offs cannot be termed charity. Charity is defined by intention, one has to have declared upfront that the service was free. The Phoebe accountants cannot term bad debt — inflated to full price despite the fact that all of Phoebe's charges are discounted to various contracts— as charity. That's nothing but a lie. Phoebe was given the McGaw award for 5 projects. One of which is the Southwest Georgia Cancer Coalition, which is a regional collaboration of hospitals that has not even gotten off the ground. It is not funded and does nothing, it's a program on paper only. The other project sited was the PeachCare project, which increased six-fold the number of children in a nine county area enrolled in state-provided insurance. No wonder Phoebe encouraged its employees who qualify to get on PeachCare. Not only does the Hospital With a Heart not have to pay the health costs, but they get the benefit of favorable PR by increasing the number of kids in PeachCare. Don't be fooled. Foster McGaw would roll over in his grave if he realized an award bearing his name would be used in a PR effort to offset the truth about Phoebe's executive compensation. Like the Heisman trophy, the McGaw award is a great honor, but it does not guarantee integrity or future success.

# Phoebe Phactoid

**Q**. Why has the board of directors let Phoebe get so out of hand? **A**. There is no oversight.  The board is not elected, it is <u>selected</u> by Mr. Wernick, the very person the board should be overseeing.  Many of the board members have contracts with the hospital.  Consequently, the board members are but in a difficult position.  To question Mr. Wernick, is to bite the hand that feeds them.  Take for instance Mr. Wernick's salary which is justified by the Phoebe compensation committee because it is comparable to other similarly sized Georgia hospitals.  Guess what?  Those hospitals are part of the Georgia Alliance of Community Hospitals and their CEO's are overpaid too.  It's a statewide scam and our board was too compromised to take a stand against Joel Wernick's outrageous salary, which is twice the national average for a hospital the size of Phoebe Putney.  Talk about due diligence!  It's time for a new board.

W. Harry Willson, Chairman 435-4038; Lamar H. Moree, MD, Vice Chairman 888-6235; Tommy Chambless 435-9515; Laurence Crimmins, MD; W. Carl Gordon, Jr., MD 883-4562; Wilhelmina Hall 883-2029; Willie Hampton 432-7832; James A. Hotz, MD 432-1536, Tom Law 432-7496; Joel



*Phoebe Putney*
*World-Class Corruption, Hometown Deception*

# Phoebe Phactoid

Q. Are healthcare costs really something to be concerned about? I mean can we really do something to change things? A. Yes, on both counts. Phoebe controls the market. The hospital sets the rates for the whole community, industry has no options but to use Phoebe. They are raking in huge profits by gouging the public and they are paying themselves exorbitant salaries. According to the Hay report, Mr. Wernick's salary is twice the national average for hospitals with over $200 million dollars in yearly revenue. This report is available in this month's issue of Hospitals and Healthnetworks magazine (available online at www.hhnmag.com. "*A delicate balance, executive salaries*"). But the hospital belongs to the county and we must force the county to wrestle control away from the pirates who are plundering our community.



Phoebe Putney
World-Class Corruption, Hometown Deception

# Phoebe Phactoid

**Q**. What about the doctors, what's their position on Phoebe? **A**. Most of the physicians have been unwilling to step up. Joel Wernick is powerful and ruthless, he will stop at nothing to rid himself of criticism, especially from a doctor, which is why you see so many good doctors come and go. To be fair, some physicians are strong supporters of Mr. Wernick, mainly because they have prospered by getting inside deals with the hospital, deals which involve a trade — a lucrative contract in exchange for blind support. However, with the help from other community leaders, the free-thinking medical community can affect a meaningful change.



*Phoebe Putney*
*World-Class Corruption, Hometown Deception*

They change the night into day: the light is short because of darkness. Job 17, 12 

# Phoebe Phactoid

**Q**. Why doesn't Phoebe pay property taxes? **A**. Because the hospital was set up as a not-for-profit institution to allow the hospital to provide services to the community.  However this arrangement is no longer applicable.  Phoebe has $327,000,000 dollars in property and over $200 million in cash and securities and is a state sponsored monopoly and yet it doesn't pay one cent in taxes.  The hospital rents office space and collects market-rate rental fees and pays no tax on the property.  What would our schools and city be like with an infusion of over $4 million in new property tax revenue? What could our county and city do with the sales tax revenue?

**Q**. But wouldn't changing the tax status hurt Phoebe?  **A**. No, but it sure would put a crimp in Joel Wernick's income.



*Phoebe Putney*
*World-Class Corruption, Hometown Deception*

Defend the poor and fatherless: do justice to the afflicted
and needy. Deliver the poor and needy: rid them out of the
hand of the wicked. Psalms 82:3,4

# Phoebe Phactoid

**Q.** Are Health Care costs something the average citizen should be concerned about? **A.** Certainly. Everybody pays, one way or another. Either we pay unnecessarily high insurance prices, or we pay out of pocket, or our area employers pay. It is a burden we all carry.

**Q**. If our healthcare costs are so out of line, why hasn't the Chamber of Commerce addressed the problem? **A**. Taking-on Phoebe is no small task and is not without repercussions. Mr. Wernick will exact his revenge, usually a pound of flesh. He also spreads Phoebe's money around as a reward for not crossing him. So he has his supporters, but the Truth shall prevail.



## *Phoebe Putney*
## *World-Class Corruption, Hometown Deception*

```
I have seen the wicked in great power, And
spreading himself like a green tree in its
            native soil. Psalm 37; 35
```



# Phoebe Phactoid

Q. Can anyone in Phoebe administration be trusted? A. No. Sadly, Phoebe administration is so insidiously corrupted that otherwise good people cannot see that they have gone awry. They have been blinded by power and success, so much so that they are easy prey to be seduced into doing things that they would've ordinarily denounced. Unfortunately, it's not a new story.



## Phoebe Putney
### World-Class Corruption, Hometown Deception

Arrogant scoundrels pursue the poor; they
trap them by their cunning schemes.
Psalms 10-2

# Phoebe Phactoid

**Q.** Phoebe is the largest employer in Albany with over 3000 employees. How do the people that work there feel about the administration? **A.** they are too scared to speak out. Anybody who speaks out against the administration risks being fired. The nurses receive small raises, while the execs are well taken care of. Also consider this little known fact: employees are encouraged to enroll their children in the State's PeachCare program for kids for health coverage. That's right – the largest employer in Albany, one of the wealthiest hospitals in the state with over $200 million in tax-free cash reserves and $327 million in tax-free property would like it's employees to have healthcare coverage through the State's Medicaid program instead of providing it themselves. Hospital with a heart? **A cold heart!**



*Phoebe Putney*
*World-Class Corruption, Hometown Deception*





Phoebe Putney Health Systems Board

HEAR NO EVIL   SEE NO EVIL   SPEAK NO EVIL

312-8855 Fax          436-3718 Fax          888-6516 FAX

# Evil
## $800,000 a year and counting



Is my compensation package too much? Heck no, I'm actually worth a lot more. Just because that fool who runs the Mayo system, with 3 hospitals, 1 in Arizona, 1 in Florida and 1 in Minnesota and manages over 16,000 employees makes less than I do, it's the complicated nature of our locale that justifies my exorbitant income — it also helps that the docs on the board are beholden to me.