IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOHN BAGNATO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., | ) | 1:07-CV-00030-WLS |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., | ) | |
| JOEL WERNICK, | ) | |
| LANGLEY AND LEE, LLC, | ) | |
| CARL RICHARD LANGLEY, | ) | |
| LARRY J. MCCORMICK AND ASSOCIATES, LLC, | ) | |
| LARRY J. MCCORMICK, | ) | |
| WORK DYNAMICS, INC., | ) | |
| STEPHEN B. CHENOWETH, | ) | |
| JOHN DOES NO. I THROUGH V, | ) | |
| ABC CORPORATION, and XYZ CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO COMPEL

NOW COME Defendants Phoebe Putney Health System, Inc., Phoebe Putney Memorial Hospital, Inc., Joel Wernick, Langley & Lee, LLC, Carl Richard Langley, Larry J. McCormick & Associates, LLC, Larry J. McCormick, Work Dynamics, Inc., and Stephen B. Chenoweth (collectively "Defendants") by and through their undersigned attorneys, and pursuant to Federal Rules of Civil Procedure 37(a) and 45(e) and Local Rule 37 for the Middle District of Georgia, hereby move this Court to compel compliance with the subpoena duly served on Open Arms, Incorporated on January 14, 2008.

The grounds supporting Defendants' motion are more fully set forth in the accompanying brief, which is being contemporaneously filed herewith.

Case 1:07-cv-00030-WLS    Document 171    Filed 02/14/2008    Page 2 of 4

Katherine Ventulett Hernacki, undersigned counsel for Defendants, hereby certifies pursuant to Federal Rule of Civil Procedure 37(a)(2)(A) and Local Rule 37 for the Middle District of Georgia, that prior to filing this motion, I personally communicated with whom I believed to be counsel for Open Arms by telephone, and no agreement regarding the relief sought could be reached.

WHEREFORE, Defendants request that this Court grant their motion and award all reasonable attorneys' fees and costs incurred in connection with this motion.

Respectfully submitted this 14th day of February, 2008.

*/s/ Katherine V. Hernacki*
L. Lin Wood
Georgia Bar No.:  774588
Nicole Jennings Wade
Georgia Bar No.:  390922
Katherine Ventulett Hernacki
Georgia Bar No.: 727027
Paige Arden Stanley
Georgia Bar No.:  675135

**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:     (404) 572-6600
Facsimile:      (404) 572-6999

Attorneys for Defendants

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN BAGNATO, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PHOEBE PUTNEY HEALTH SYSTEM, INC., )<br>PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., )<br>JOEL WERNICK, )<br>LANGLEY AND LEE, LLC, )<br>CARL RICHARD LANGLEY, )<br>LARRY J. MCCORMICK AND ASSOCIATES, LLC, )<br>LARRY J. MCCORMICK, )<br>WORK DYNAMICS, INC., )<br>STEPHEN B. CHENOWETH, )<br>JOHN DOES NO. I THROUGH V, )<br>ABC CORPORATION, and XYZ CORPORATION, )<br>)<br>   Defendants. )<br>                                                                         ) | CIVIL ACTION FILE NO.:<br>1:07-CV-00030-WLS |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February, 2008, the foregoing pleading was filed electronically using the CM/EMF system automatically serving the following attorneys of record via email:

| | |
|---|---|
| Timothy J. Buckley, III<br>Buckley Brown PC<br>Suite 1010<br>2970 Clairmont Road, NE<br>Atlanta, GA  30329 | Ralph W. Powell, Jr.<br>Henry E. Williams<br>Alex J. Kaplan<br>McCall Phillips Williams & Powell LLC<br>Post Office Box 71747<br>Albany, GA  31708 |
| Alfred N. Corriere, Esq.<br>Vansant & Corriere, LLC<br>Bank of America Building – 2nd Floor<br>128 South Washington Street<br>Albany, GA  31701 | Victor L. Moldovan, Esq.<br>Phears and Moldovan<br>The Lenox Building, Suite 2050<br>3339 Peachtree Road<br>Atlanta, GA 30326 |

Bryan A. Vroon, Esq.
Vroon & Crongeyer, LLP
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309

and was served via First Class Mail upon counsel for Open Arms, Incorporated as follows:

Wilber T. Gamble, III, Esq.
Collier & Gamble, LLP
177 South Main Street
Dawson, GA  39842

                                                */s/ Katherine Ventulett Hernacki*
                                                Katherine Ventulett Hernacki
                                                Georgia Bar No.:  727027
                                                Attorney for Defendants

1255429