IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOHN BAGNATO,                                          )
                                                       )
            Plaintiff,                                 )
                                                       )
v.                                                     )
                                                       )        CIVIL ACTION FILE NO.:
PHOEBE PUTNEY HEALTH SYSTEM, INC.,                     )        1:07-CV-00030-WLS
PHOEBE PUTNEY MEMORIAL HOSPITAL, INC.,                 )
JOEL WERNICK,                                          )
LANGLEY AND LEE, LLC,                                  )
CARL RICHARD LANGLEY,                                  )
LARRY J. MCCORMICK AND ASSOCIATES, LLC,                )
LARRY J. MCCORMICK,                                    )
WORK DYNAMICS, INC.,                                   )
STEPHEN B. CHENOWETH,                                  )
JOHN DOES NO. I THROUGH V,                             )
ABC CORPORATION, and XYZ CORPORATION,                  )
                                                       )
            Defendants.                                )
                                                       )

## DEFENDANTS' NOTICE OF FILING

NOW COME Defendants, Phoebe Putney Health System, Inc., Phoebe Putney Memorial

Hospital, Inc., Joel Wernick, Langley & Lee, LLC and Carl Richard Langley (collectively

"Defendants"), and give notice of filing the following:

> Motion and Brief in Support of Defendants' Motion to Quash Third-Party Subpoena
> Issued to Charles Hayslett and/or Motion for Protective Order, filed in the United States
> District Court for the Northern District of Georgia (a copy of which is attached hereto as
> Exhibit A).

Plaintiff served a third-party subpoena issued from the court in the Northern District of

Georgia. Accordingly, Defendants filed their motion to quash pursuant to Fed. R. Civ. P. 45 in

the court which issued the subpoena. Defendants are providing notice to this Court of that filing.

This 9th day of June, 2008.

/s/ Marlo Orlin Leach
L. Lin Wood
Georgia Bar No.:  774588
Marlo Orlin Leach
Georgia Bar No.:  442216
Katherine Ventulett Hernacki
Georgia Bar No.: 727027
Paige Arden Stanley
Georgia Bar No.:  675135
Margaret M. Kane
Georgia Bar No.:  330531

**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor, 1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:     (404) 572-6600
Facsimile:     (404) 572-6999

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOHN BAGNATO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., | ) | 1:07-CV-00030-WLS |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., | ) | |
| JOEL WERNICK, | ) | |
| LANGLEY AND LEE, LLC, | ) | |
| CARL RICHARD LANGLEY, | ) | |
| LARRY J. MCCORMICK AND ASSOCIATES, LLC, | ) | |
| LARRY J. MCCORMICK, | ) | |
| WORK DYNAMICS, INC., | ) | |
| STEPHEN B. CHENOWETH, | ) | |
| JOHN DOES NO. I THROUGH V, | ) | |
| ABC CORPORATION, and XYZ CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2008, the foregoing pleading was filed electronically using the CM/EMF system automatically serving the following attorneys of record via email:

| | |
|---|---|
| Timothy J. Buckley, III | Ralph W. Powell, Jr. |
| Buckley Brown PC | Henry E. Williams |
| Suite 1010 | Alex J. Kaplan |
| 2970 Clairmont Road, NE | McCall Phillips Williams & Powell LLC |
| Atlanta, GA  30329 | Post Office Box 71747 |
| | Albany, GA  31708 |
| | |
| Alfred N. Corriere, Esq. | Victor L. Moldovan, Esq. |
| Vansant & Corriere, LLC | Phears and Moldovan |
| Bank of America Building – 2nd Floor | The Lenox Building, Suite 2050 |
| 128 South Washington Street | 3339 Peachtree Road |
| Albany, GA  31701 | Atlanta, GA 30326 |

Bryan A. Vroon, Esq.
Vroon & Crongeyer, LLP
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309


/s/ Katherine Ventulett Hernacki
Katherine Ventulett Hernacki
Georgia Bar No.:  727027
Attorney for Defendants

5134984