IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN BAGNATO, | : |
| Plaintiff, | : |
| Vs. | : Civil Action File No. 1:07-CV-30(WLS) |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., ET AL., | : : |
| Defendants. | : |

**NON-PARTY OPEN ARMS, INC.'S RESPONSE
TO DEFENDANTS' MOTION TO COMPEL DISCOVERY
AND SUBPOENA FOR PRODUCTION OF DOCUMENTS**

COMES NOW non-party OPEN ARMS, INC., through their attorney, W.T. Gamble, III, and responds to the Subpoena For Production of Documents as follows:

1.

Open Arms, Inc. has searched all computer records at Open Arms, Inc. concerning any transmissions which may, or did, occur from either Rita Ellis or Beth McKenzie to John Bagnato or Charles Rehburg, or any parties related to or under the control of John Bagnato or Charles Rehburg. There were no records found responsive to the subpoena request.

2.

Open Arms, Inc. does not object to Defendants' providing an expert, at Defendants' cost, to try and retrieve any email messages or other type transcriptions which may be on these computers, but which personnel of Open Arms, Inc. is unable to discover, locate or retrieve. Open Arms, Inc. has no reason to believe that any such transmissions exist, but cannot rule out the possibility that deletions may have occurred making the documentation unavailable to the

personnel at Open Arms, Inc. If such retrieval is attempted, Open Arms, Inc. would need to be present to monitor the retrieval and to make certain that confidential and privileged information is not released because Open Arms, Inc. deals with abused and neglected children, and much of the information contained on their computer programs and files are highly sensitive, personal, privileged and confidential.

Respectfully submitted this 20th day of October, 2008.

                COLLIER & GAMBLE, LLP

                s/W. T. Gamble, III
                W. T. Gamble, III, as Attorney for
                Non-Party Open Arms, Inc.

This Document Prepared By:

s/W.T. Gamble, III
Wilbur T. Gamble, III
State Bar No. 0283170
COLLIER & GAMBLE, LLP
P.O. Box 577
Dawson, GA 39842
(229) 995-5657
t@colliergamble.com
jgt

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

    Paige Arden Stanley
    POWELL GOLDSTEIN, LLP
    One Atlantic Center, 14th Floor
    1201 West Peachtree Street, NW
    Atlanta, Georgia 30309-3488

with a copy of the foregoing NON-PARTY OPEN ARMS, INC.'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY AND SUBPOENA FOR PRODUCTION OF DOCUMENTS by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 20th day of October, 2008.

                                    s/W.T. Gamble, III
                                    W.T. Gamble, III, Attorney for
                                    Non-Party Open Arms, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN BAGNATO, | : |
| Plaintiff, | : |
| Vs. | : Civil Action File No. 1:07-CV-30(WLS) |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., ET AL., | : : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

COMES NOW W.T. Gamble, III and makes this his Entry of Appearance on behalf of Non-Party Open Arms, Inc. in the above-captioned case. Attorney W.T. Gamble, III is attorney only for Open Arms, Inc. and is not entering an Entry in the case in chief but only concerning matters related to Open Arms, Inc. as it pertains to this case. All notices or other information should be sent to the attention of W.T. Gamble, III, Collier & Gamble, LLP, Post Office Box 577, Dawson, Georgia 39842.

Respectfully submitted this 20th day of October, 2008.

COLLIER & GAMBLE, LLP

s/W.T. Gamble, III
W.T. Gamble, III, as Attorney for
Non-Party Open Arms, Inc.

This Document Prepared By:
s/W.T. Gamble, III
Wilbur T. Gamble, III
State Bar No. 0283170
COLLIER & GAMBLE, LLP
P.O. Box 577
Dawson, GA 39842
(229) 995-5657
t@colliergamble.com
jgt