IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN BAGNATO, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION FILE NO.: |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., | )    1:07-CV-00030-WLS |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., | ) |
| JOEL WERNICK, | ) |
| LANGLEY AND LEE, LLC, | ) |
| CARL RICHARD LANGLEY, | ) |
| LARRY J. MCCORMICK AND ASSOCIATES, LLC, | ) |
| LARRY J. MCCORMICK, | ) |
| WORK DYNAMICS, INC., | ) |
| STEPHEN B. CHENOWETH, | ) |
| JOHN DOES NO. I THROUGH V, | ) |
| ABC CORPORATION, and XYZ CORPORATION, | ) |
| | ) |
|    Defendants. | ) |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT PHOEBE PUTNEY HEALTH SYSTEM, INC.

COMES NOW Defendant Phoebe Putney Health System, Inc. ("PPHS), pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Middle District of Georgia Local Rule 87.2, and hereby provides its Supplemental Corporate Disclosure Statement and certifies, as follows:

    1.    PPHS has no parent corporation;

    2.    PPHS is the non-profit corporate parent of the following corporations:

> Phoebe Worth Medical Center, Inc.
> Phoebe Foundation, Inc.
> Phoebe Putney Memorial Hospital, Inc.
> Phoebe Putney Indemnity, SPC
> Phoebe Putney Health Ventures, Inc.
> Gohupad Clinic, Inc.
> Phoebe Health Partners, Inc. (50% interest)
> Phoebe Physician Group, Inc.

Phoebe Sumter Medical Center, Inc.

3. There is no publicly held corporation that owns 10% or more of PPHS's stock because PPHS, as a non-profit corporation, has no stock. PPHS does not have any members.

Respectfully submitted this 2nd day of March, 2009.

*/s/ Katherine Ventulett Hernacki*
L. Lin Wood
Georgia Bar No.: 774588
Marlo Orlin Leach
Georgia Bar No. 442216
Katherine Ventulett Hernacki
Georgia Bar No.: 727027

**BRYAN CAVE POWELL GOLDSTEIN**
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:    (404) 572-6600
Facsimile:     (404) 572-6999

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN BAGNATO, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| FILE NO.: ) | |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., ) | 1:07-CV-00030-WLS |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., ) | |
| JOEL WERNICK, ) | |
| LANGLEY AND LEE, LLC, ) | |
| CARL RICHARD LANGLEY, ) | |
| LARRY J. MCCORMICK AND ASSOCIATES, LLC, ) | |
| LARRY J. MCCORMICK, ) | |
| WORK DYNAMICS, INC., ) | |
| STEPHEN B. CHENOWETH, ) | |
| JOHN DOES NO. I THROUGH V, ) | |
| ABC CORPORATION, and XYZ CORPORATION, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on the 2nd day of March, 2009, the foregoing pleading was filed electronically using the CM/ECF system automatically serving the following attorneys of record via email:

| | |
|---|---|
| Timothy J. Buckley, III, Esq. | Ralph W. Powell, Jr. |
| Finley & Buckley, PC | Henry E. Williams |
| 2931 North Druid Hills Road | Alex J. Kaplan |
| Suite C | McCall Williams Wilmot & Powell LLC |
| Atlanta, GA 30329 | Post Office Box 71747 |
| | Albany, GA 31708 |
| | |
| Alfred N. Corriere, Esq. | Victor L. Moldovan, Esq. |
| Vansant & Corriere, LLC | Phears and Moldovan |
| Bank of America Building – 2nd Floor | The Lenox Building, Suite 2050 |
| 128 South Washington Street | 3339 Peachtree Road |
| Albany, GA 31701 | Atlanta, GA 30326 |

Bryan A. Vroon, Esq.
Vroon & Crongeyer, LLP
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309

*/s/ Katherine Ventulett Hernacki*
Katherine Ventulett Hernacki
Georgia Bar No.:  727027

**BRYAN CAVE POWELL GOLDSTEIN**
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:    (404) 572-6600
Facsimile:    (404) 572-6999

Attorney for Defendants

5392810