FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAR 16  PM 12 14

/s/ D. Littleton
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| **V. JOHN BAGNATO, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION** |
| **PHOEBE PUTNEY HEALTH** | ) | **FILE NO: 1:07-CV-00030-WLS** |
| **SYSTEM, INC., PHOEBE PUTNEY** | ) | |
| **MEMORIAL HOSPITAL, INC.,** | ) | |
| **JOEL WERNICK,** | ) | |
| **LANGLEY AND LEE, LLC,** | ) | |
| **CARL RICHARD LANGLEY,** | ) | |
| **LARRY J. MCCORMICK, AND** | ) | |
| **ASSOCIATES, LLC, LARRY J.** | ) | |
| **MCCORMICK, WORK DYNAMICS,** | ) | |
| **INC., STEPHEN B. CHENOWETH,** | ) | |
| **JOHN DOES NO. I THOUGH V,** | ) | |
| **ABC CORPORATION, and** | ) | |
| **XYZ CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

Plaintiff John Bagnato having filed a Motion for Extension of Time within which to file a Motion to Compel discovery against Defendants Phoebe Putney Health System, Inc., Phoebe Putney Memorial Hospital, Inc., Joel Wernick, Langley and Lee, LLC, Carl Richard Langley, Larry J. McCormick and Associates, LLC, Larry J. McCormick, Work Dynamics, Inc., and Stephen B. Chenoweth with respect to Defendants' responses to Plaintiff's First Continuing Interrogatories and First Request for Production of Documents; Defendants, by and through their counsel, having consented to Plaintiff's Motion; and for good cause shown,

It is hereby ORDERED that the Motion is GRANTED and the deadline for Plaintiff to file a Motion to Compel the production of discovery from Defendants is extended to March 20, 2009.

SO ORDERED this 13th day of March, 2009. *WLS Nunc pro tunc 3/12/09 WLS*

*/s/ W. Louis Sands*
Honorable W. Louis Sands
Judge, United States District Court for the
Middle District of Georgia
Albany Division