IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOHN BAGNATO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., | ) | 1:07-CV-00030-WLS |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., | ) | |
| JOEL WERNICK, | ) | |
| LANGLEY AND LEE, LLC, | ) | |
| CARL RICHARD LANGLEY, | ) | |
| LARRY J. MCCORMICK AND ASSOCIATES, LLC, | ) | |
| LARRY J. MCCORMICK, | ) | |
| WORK DYNAMICS, INC., | ) | |
| STEPHEN B. CHENOWETH, | ) | |
| JOHN  DOES NO. I THROUGH V, | ) | |
| ABC CORPORATION, and XYZ CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AMENDED ANSWER TO CERTAIN ALLEGATIONS IN
COUNT IV OF PLAINTIFF'S AMENDED COMPLAINT**

NOW COME Defendants PHOEBE PUTNEY HEALTH SYSTEM, INC.; PHOEBE

PUTNEY MEMORIAL HOSPITAL, INC.; JOEL WERNICK; LANGLEY & LEE, LLC; CARL

RICHARD LANGLEY; LARRY J. MCCORMICK & ASSOCIATES, LLC; LARRY J.

MCCORMICK; WORK DYNAMICS, INC.; and STEPHEN B. CHENOWETH (collectively

"Defendants"), pursuant to the September 30, 2009 Order of this Court and Fed. R. Civ. P

12(a)(4)(A), hereby file this amended answer to certain allegations in Count IV of the Amended

Complaint of Plaintiff John Bagnato ("Plaintiff") and state as follows:

## COUNT IV

82.

Defendants incorporate by reference all affirmative defenses and paragraphs 1-81 in the Answer to the Amended Complaint filed by Defendants on February 13, 2009 as though the same were fully set forth herein at length.

83.

Defendants deny the allegations contained in Paragraph 83 of Plaintiff's Amended Complaint.

84.

Defendants deny the allegations contained in Paragraph 84 of Plaintiff's Amended Complaint.

85.

Defendants deny the allegations contained in Paragraph 85 of Plaintiff's Amended Complaint.

88.

Defendants deny the allegations contained in Paragraph 88 of Plaintiff's Amended Complaint.

89.

Defendants deny the allegations contained in Paragraph 89 of Plaintiff's Amended Complaint.

90.

Defendants deny the allegations contained in Paragraph 90 of Plaintiff's Amended Complaint.

91.

Defendants deny the allegations contained in Paragraph 91 of Plaintiff's Amended Complaint.

Defendants deny that Plaintiff is entitled to any of the relief requested in Plaintiff's unenumerated prayers for relief following paragraph 152.

Pursuant to this Court's September 30, 2009 Order, the claims pursuant to 18 U.S.C. § 2701(a) in Count IV of Plaintiff's Amended Complaint, and Counts VII, VIII, IX of Plaintiff's Amended Complaint in their entirety, have been dismissed. Therefore, no answer is required to these counts.

In all other respects, Defendants incorporate by reference all Affirmative Defenses and paragraphs in the Answer to the Amended Complaint filed by Defendants on February 13, 2009 as though the same were fully set forth herein at length.

WHEREFORE, Defendants having fully answered Plaintiff's Amended Complaint, denying that Plaintiff is entitled to any recovery or relief whatsoever, pray that they be discharged from this action with all costs taxed to Plaintiff and with the entry of an order requiring Plaintiff to pay Defendants' reasonable attorneys' fees and expenses incurred in defending this action.

This 9th day of October, 2009.

s/ L. Lin Wood
L. Lin Wood
Georgia Bar No.: 774588
Katherine Ventulett Hernacki
Georgia Bar No.: 727027

**BRYAN CAVE POWELL GOLDSTEIN**
One Atlantic Center, Fourteenth Flour
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email: lin.wood@bryancave.com

Attorneys for Defendants

**6023752**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOHN BAGNATO,                                )
                                             )
          Plaintiff,                         )
                                             )
v.                                           )
                                             )    CIVIL ACTION FILE NO.:
PHOEBE PUTNEY HEALTH SYSTEM, INC.  )    1:07-CV-00030-WLS
et al.,                                      )
          Defendants.                        )
                                             )

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2009, the foregoing pleading was filed electronically using CM/ECF system automatically serving the following attorneys of record via email:

Timothy J. Buckley, III
Buckley Brown PC
Suite 1010
2970 Clairmont Road, NE
Atlanta, GA  30329

Ralph W. Powell, Jr.
Henry E. Williams
Alex J. Kaplan
McCall Williams Wilmot & Powell LLC
Post Office Box 71747
Albany, GA  31708

Bryan A. Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA  30309

Victor L. Moldovan
Phears and Moldovan
The Lenox Building, Suite 2050
3339 Peachtree Road
Atlanta, GA  30326

Alfred N. Corriere
Vansant & Corriere, LLC
128 South Washington Street
2nd Floor – Bank of America Building
Albany, GA  31701

/s/ Katherine Ventulett Hernacki
Katherine Ventulett Hernacki
Ga. Bar No. 727027
Attorney for Defendants

**BRYAN CAVE POWELL GOLDSTEIN**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: katherine.hernacki@bryancave.com