IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| V. JOHN BAGNATO, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHOEBE PUTNEY HEALTH )<br>SYSTEM, INC., PHOEBE PUTNEY )<br>MEMORIAL HOSPITAL, INC., )<br>JOEL WERNICK, )<br>LANGLEY AND LEE, LLC, )<br>CARL RICHARD LANGLEY, )<br>LARRY J. MCCORMICK, AND )<br>ASSOCIATES, LLC, LARRY J. )<br>MCCORMICK, WORK DYNAMICS, )<br>INC., STEPHEN B. CHENOWETH, )<br>JOHN DOES NO. I THOUGH V, )<br>ABC CORPORATION, and )<br>XYZ CORPORATION, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO: 1:07-CV-00030-WLS |

---

**PLAINTIFF'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**

---

NOW COMES Plaintiff V. John Bagnato, M.D., pursuant to Fed. R. Civ. P. 41(a)(2), and herby moves this Court for an order dismissing the above-captioned matter <u>with</u> prejudice. Plaintiff is authorized to inform the Court that Defendants Phoebe Putney Health System, Inc., Phoebe Putney Memorial Hospital, Inc., Joel Wernick, Langley & Lee, LLC, Carl Richard Langley, Larry J. McCormick & Associates, LLC, Larry J. McCormick, Work Dynamics, Inc., and Stephen B. Chenoweth consent to this motion and the entry of on order of dismissal with prejudice. The parties have agreed to bear their own attorney's fees and costs incurred in this matter, and the parties consent to an order of dismissal with prejudice on that basis.

A proposed Order of Dismissal with Prejudice is attached hereto for the Court's convenience.

Respectfully submitted this 13 day of May 2010.

McCALL WILLIAMS WILMOT & POWELL, LLC

Ralph W. Powell, Jr.
State Bar Number 406776
Alex J. Kaplan
State Bar Number 586370

Attorneys for Plaintiff
Post Office Box 71747
Albany, GA 31708-1747
(229) 888-2600

## CERTIFICATE OF SERVICE

This is to certify that the forgoing **CONSENT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE** was electronically filed and served upon all counsel of record using the CM/ECF system.

This __13__ day of May 2010.



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| V. JOHN BAGNATO, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHOEBE PUTNEY HEALTH )<br>SYSTEM, INC., PHOEBE PUTNEY )<br>MEMORIAL HOSPITAL, INC., )<br>JOEL WERNICK, )<br>LANGLEY AND LEE, LLC, )<br>CARL RICHARD LANGLEY, )<br>LARRY J. MCCORMICK, AND )<br>ASSOCIATES, LLC, LARRY J. )<br>MCCORMICK, WORK DYNAMICS, )<br>INC., STEPHEN B. CHENOWETH, )<br>JOHN DOES NO. I THOUGH V, )<br>ABC CORPORATION, and )<br>XYZ CORPORATION, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO: 1:07-CV-00030-WLS |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the Plaintiff's Motion for Order of Dismissal with Prejudice, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.. Plaintiff and Defendants shall each bear their own attorneys' fees and costs, and this case is hereby closed.

SO ORDERED this _____ day of May 2010.

_____
W. Louis Sands
Judge, United States District Court